MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 637-3500
Email: hanni@mlf-llp.com

Attorneys for Delphine Blakely

FILED

May 26 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELPHINE BLAKELY, AND<br><br>VERONICA FORBES<br><br>Defendants. | Case No.: 20-mj-70468-MAG<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1**<br><br>Hearing Date: May 27, 2021<br>Hearing Time: 10:30 a.m. |

The parties jointly request the Court reset the status conference regarding preliminary hearing or arraignment from May 27, 2021 to June 30, 2021 at 10:30 a.m. Mr. Blakely and Ms. Forbes are charged in a criminal complaint with aiding and advising the filing of false tax returns, in violation of 26 U.S.C. § 7206(2), and conspiracy in violation of 18 U.S.C. § 371, and both are out of custody. The government has produced a voluminous amount of discovery, and the parties need additional time to review the discovery and discuss potential resolutions to the case. As a result, the parties also request the Court exclude time under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. § 3161, between May 27, 2021 and June 30, 2021 to allow for effective preparation of counsel taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated: May 18, 2021     MOEEL LAH FAKHOURY LLP

/S
HANNI M. FAKHOURY
Attorneys for Delphine Blakely

Dated: May 18, 2021     /S
RABIN NABIZADEH
Attorney for Veronica Forbes

Dated: May 18, 2021     STEPHANIE M. HINDS
Acting United States Attorney
Northern District of California

/S
LEIF DAUTCH
Assistant United States Attorney

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. The defendant and defense counsel need additional time to discuss the case and the evidence and the parties need additional time to discuss a potential resolution of the case.

2. These tasks are necessary for the defense preparation of the case, and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, it is hereby ordered that the status hearing date of May 27, 2021, scheduled at 10:30 a.m. is vacated and reset for June 30, 2021 at 10:30 a.m. It is further ordered that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from May 27, 2021 through June 30, 2021.

DATED: MAY 26, 2021

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge

**IT IS SO ORDERED.**